UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDY LEWIS EDWARD CHRIST,

    Plaintiff,

v.                                                 CASE NO. 8: 21-cv-484-WFJ-AAS

JOSHUA TYLER LASALLE, *et al.*,

    Defendants.
_____/

**O R D E R**

Mr. Christ failed to comply with the May 5, 2021 Order directing him to complete and return the service of process forms within 28 days (*see* Doc. 6). And he has failed to timely comply with the June 11, 2021 Order directing him to show cause, not later than July 2, 2021, why the case should not be dismissed for failing to comply with the May 5, 2021 Order (*see* Doc. 7).

Accordingly, this case is **DISMISSED** for failure to prosecute and failure to timely comply with the Court's orders. The Clerk shall close the case.

**ORDERED** in Tampa, Florida, on July 13, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Randy Lewis Edward Christ, *pro se*